IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br>        Plaintiff,<br>  vs.<br>THIRD WATCH, et al.,<br>        Defendant(s). | No. C 07-03317 JW (PR)<br><br>JUDGMENT |

     For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

     The clerk shall close the file.

DATED: October 9, 2007

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver03317_judgment.wpd